UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 6, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JESSICA TANG

   Defendant.

Case No. 2:22-mj-00085-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  JESSICA TANG  Case No. 2:22-mj-00085-JDP  Charges  18 USC § 1341  from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

  X     Unsecured Appearance Bond $  50,000 co-signed by John Tang

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

_____  (Other): _

Issued at Sacramento, California on June 6, 2022 at 2:00 PM

Dated:  June 6, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE